MAHER ABDELQADER, Respondent, v ANWAR ABDELQADER et al., Appellants, et al., Defendant.

Submitted March 16, 2015; decided May 12, 2015

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

GAETANO DEMETRIO, Appellant, v STEWART TITLE INSURANCE COMPANY, Respondent.

Submitted April 6, 2015; decided May 12, 2015

Motion by United Policyholders for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of JESSICA GRAHAM, Appellant, v CHARLES T. RAWLEY, Respondent.

Submitted March 2, 2015; decided May 12, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.